# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**VOTEVETS ACTION FUND,**
**DEMOCRATIC NATIONAL COMMITTEE,**
**and DEMOCRATIC SENATORIAL**
**CAMPAIGN COMMITTEE,**

        Plaintiffs,

v.                                      Case No. 4:18cv524-MW/CAS

**KEN DETZNER, in his official**
**capacity as Florida Secretary**
**of State,**

        Defendant.

_____/

## ORDER GRANTING EMERGENCY MOTION TO INTERVENE

This Court has considered, without hearing, the Emergency Motion to Intervene filed by The National Republican Senatorial Committee. ECF No. 10. The motion is **GRANTED**.

**SO ORDERED on November 12, 2018.**

                                          **s/ MARK E. WALKER**
                                          **Chief United States District Judge**