UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VOTEVETS ACTION FUND;
DEMOCRATIC NATIONAL
COMMITTEE; and DSCC a/k/a
DEMOCRATIC SENATORIAL
CAMPAIGN COMMITTEE,

    Plaintiffs,

v.                        No. 4:18-cv-00524-WS-CAS

KENNETH W. DETZNER, in his
official capacity as Florida Secretary
of State,

    Defendant.
_____/

**INTERVENOR-DEFENDANT NATIONAL REPUBLICAN SENATORIAL COMMITTEE'S POSITION REGARDING EVIDENTIARY HEARING**

Intervenor-Defendant National Republican Senatorial Committee ("NRSC"), by and through its undersigned counsel, hereby states that it does not request an evidentiary hearing in connection with Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

Dated: November 14, 2018

Respectfully submitted,

John D. Adams*

Matthew A. Fitzgerald*

MCGUIREWOODS LLP

800 East Canal Street
Richmond, Virginia 23219

Telephone: 804-775-4744
jadams@mcguirewoods.com
mfitzgerald@mcguirewoods.com

* *pro hac vice*

/s/ Andy Bardos
Andy Bardos (FBN 822671)
George T. Levesque (FBN 555541)
GRAYROBINSON, P.A.
Post Office Box 11189
Tallahassee, Florida 32302-3189
Telephone: 850-577-9090
andy.bardos@gray-robinson.com
george.levesque@gray-robinson.com

Jason Torchinsky (VA Bar No. 47481)
Holtzman Vogel Josefiak Torchinsky PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20106
Telephone: (540) 341-8808
JTorchinsky@hvjt.law

*Attorneys for the National Republican Senatorial Committee*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served to all counsel of record through the Court's CM/ECF system on this 14th day of November, 2018.

*/s/ Andy Bardos*

Andy Bardos (FBN 822671)
GRAYROBINSON, P.A.
Post Office Box 11189
Tallahassee, Florida 32302-3189
Telephone: 850-577-9090
andy.bardos@gray-robinson.com