UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VOTEVETS ACTION FUND;
DEMOCRATIC NATIONAL
COMMITTEE OF FLORIDA, and DSCC
a/k/a DEMOCRATIC SENATORIAL
CAMPAIGN COMMITTEE,

    Plaintiffs,

v.

                              Case No. 4:18-cv-00524-MW-CAS

KENNETH DETZNER, in his official
capacity as the Florida Secretary of State,

    Defendant.
_____/

### SECRETARY'S NOTICE OF COMPLIANCE WITH SCHEDULING ORDER

Per the Scheduling Order entered on November 13, 2018, the Secretary takes the position that the Plaintiffs' claims fail as a matter of law and that Plaintiffs have failed to provide sufficient evidence justifying the extraordinary relief they seek. Accordingly, the Secretary does not request an evidentiary hearing at this time. However, the Secretary respectfully objects to the Scheduling Order insofar as it provided the Secretary less than one business day to consider the matter and to develop counter-declarations and testimony.

Respectfully submitted by:

BRADLEY R. MCVAY (FBN 79034)
  *Interim General Counsel*
  brad.mcvay@dos.myflorida.com
ASHLEY E. DAVIS (FBN 48032)
  *Deputy General Counsel*
  ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building Suite, 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 / (850) 245-6127 (fax)

*/s/ Mohammad O. Jazil*
MOHAMMAD O. JAZIL (FBN 72556)
  mjazil@hgslaw.com
GARY V. PERKO (FBN 855898)
  gperko@hgslaw.com
MALCOLM N. MEANS (FBN 0127586)
  mmeans@hgslaw.com
HOPPING GREEN & SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
(850) 222-7500 / (850) 224-8551 (fax)

Dated: November 14, 2018.   ***Counsel for the Secretary of State***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail through the Court's CM/ECF system to all counsel of record on this 14th day of November, 2018.

*/s/ Mohammad O. Jazil*
Attorney