VOTEVETS ACTION FUND;
DEMOCRATIC NATIONAL
COMMITTEE OF FLORIDA, and DSCC
a/k/a DEMOCRATIC SENATORIAL
CAMPAIGN COMMITTEE,

    Plaintiffs,

v.

KENNETH DETZNER, in his official
capacity as the Florida Secretary of State,

    Defendant.

Case No. 4:18-cv-00524-MW-CAS

## DECLARATION OF MARIA MATTHEWS

I, Maria Matthews, according to 28 U.S.C. § 1746, hereby state:

1.    My name is Maria Matthews. I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.    I have served as the Division Director of the Division of Elections of the Florida Secretary of State for over 5 years. As Director, my role is to provide statewide coordination, supervision, and direction of elections under Florida's election laws.

3.    My understanding is that the Plaintiffs are requesting that the Court extend the deadline for receipt of vote-by-mail ballots from 7:00 p.m. on the day of

the election (i.e., November 6, 2018) per section 101.67(2), Florida Statutes, until ten days later on November 16, 2018.

4.      At this time, the Division of Elections does not know the total number of vote-by-mail ballots that have been rejected in the 2018 General Election, for not being received by the statutory deadline.  That is because the supervisors of elections are not required to report such data to the Division until January, 2019. *See* Fla. Stat. § 98.212(2).

5.      According to data submitted to the Division of Elections and reported to the U.S. Election Assistance Commission, during the 2016 General Election, a total of 6,381 vote-by-mail ballots were rejected because they were not received by the statutory deadline.  The data for the 2016 General Election also indicate that a total of 2,679,049 vote-by-mail ballots were received by the statutory deadline (*i.e*, election day) and a total of 81,167 overseas voter ballots were received by the applicable deadline by the applicable deadline for such ballots (*i.e.*, 10 days after election day).

I say nothing further.

On November 14, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

Maria Matthews