# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

## CASE NO.: 4:18-cv-524-MW/CAS

VOTEVETS ACTION FUND,
DEMOCRATIC NATIONAL COMMITTEE,
and DEMOCRATIC SENATORIAL
CAMPAIGN COMMITTEE,

        Plaintiffs,

v.

KENNETH W. DETZNER, in his official
Capacity as the Florida Secretary of State,

        Defendant,
_____/

## **INTERVENOR, REPUBLICAN PARTY OF FLORIDA'S REQUEST FOR CONTINUANCE OF EVIDENTIARY HEARING**

Intervenor, Republican Party of Florida ("RPOF"), by and through its undersigned counsel, hereby requests a brief continuance of the November 15, 2018 evidentiary hearing and states:

1. This Court recently ordered an evidentiary hearing scheduled for **November 15, 2018 at 10 a.m.** [ECF No. 39] in response to Intervenor, Attorney General's Notice Concerning State of the Record and Need for Evidentiary Hearing. [ECF No. 35].

2. In the Order, the Court acknowledged that the RPOF (and other intervenors) had not sought an evidentiary hearing; however, the order appears to require RPOF's attendance.

3. To the extent RPOF is required to attend and participate, RPOF requests a continuation of the hearing because it will be unable to adequately prepare for an evidentiary hearing as it is actively drafting the legal briefs associated with the injunction, which the Court has ordered are due on November 15, 2018 by 6 p.m.

4. RPOF respectfully requests that any evidentiary hearing be scheduled for Friday or Saturday of this week. This would give all parties the opportunity to finish briefing and prepare for the evidentiary hearing, would minimize the use of court resources by conducting only one evidentiary hearing for all parties, and would ensure that all parties can meaningfully participate with sufficient preparation time.

Respectfully submitted,

By: *s/Frank A. Zacherl*
Frank A. Zacherl, Esq.
FZacherl@shutts.com
FL Bar No. 0868094
**SHUTTS & BOWEN LLP**
*Counsel for Republican Party of Florida*
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

Telephone: (305) 358-6300
Facsimile: (305) 381-9982
LMFernandez@shutts.com

## RULE 7.1(F) CERTIFICATE OF WORD COUNT

Pursuant to Local Rule 7.1(F), I certify that according to the word count feature of the word-processing system used to prepare this document, the document contains 221 words.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by CM/ECF only to Counsel of Record this 14th day of November, 2018.

By: s/ Frank A. Zacherl
Frank A. Zacherl

TLHDOCS 14067956 1 42005.0015