# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

VOTEVETS ACTION FUND
DEMOCRATIC NATIONAL
COMMITTEE, and DEMOCRATIC
SENATORIAL CAMPAIGN
COMMITTEE ,

          Plaintiffs,

v.

KENNETH W. DETZNER, in his official
capacity as the Florida Secretary of State,

          Defendant.

Case No. 4:18-cv-524-MW-CAS

## DECLARATION OF COOPER R. HARRISON

Pursuant to 28 U.S.C. § 1746, I, Cooper R. Harrison, declare as follows:

1.    I am at least 18 years of age and have personal knowledge of the below facts which are true and accurate to the best of my knowledge.

2.    I am a resident of and properly registered voter of the State of Florida.

3.    I was unable to vote in-person at my assigned polling place for the 2018 general election.

4.    I requested a Florida vote-by-mail ballot for the 2018 general election.

5.    A Florida vote-by-mail ballot for the 2018 general election was not timely delivered to the requested address. Due to Hurricane Michael and the US

Postal Service not providing pick up and delivery service to my requested address, I called the Supervisor of Elections and requested a replacement ballot since I had not received an absentee ballot.

6. The absentee ballot was received at my residence address and my parents had difficulty in finding a manner to forward the ballot to me due to interrupted service by US Postal Service, UPS and Federal Express as a result of Hurricane Michael. Ultimately, there was not enough time for me to get my ballot and return it to the Supervisor of Elections office.

7. I understood that my ballot must be completed and returned to the Supervisor of Elections of Bay County no later than 7 p.m. on the day of the general election ("the 7 p.m. deadline").

8. However, I was unable to complete my vote-by-mail ballot in sufficient time to return it by the 7 p.m. deadline.

9. As a result, I did not complete or return my Florida vote-by-mail ballot, because I believed that my ballot would not arrive before the 7 p.m. deadline on election day, November 6, 2018.

10. Had I known that my vote-by-mail ballot would be counted, even if it was received after the 7 p.m. deadline, I would have completed and returned my vote-by-mail ballot.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __11 / 14 / 2018__          By: _____
                                              Cooper R. Harrison

3