# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

VOTEVETS ACTION FUND;
DEMOCRATIC NATIONAL
COMMITTEE; and DSCC a/k/a
DEMOCRATIC SENATORIAL
CAMPAIGN COMMITTEE,

    *Plaintiffs*,

    v.                                    CASE NO. 4:18-cv-00524-MW-CAS

KEN W. DETZNER, in his
official capacity as the Florida
Secretary of State,

    *Defendant*.
_____/

## ATTORNEY GENERAL'S NOTICE OF WITNESS

Undersigned counsel hereby provides notice that the Attorney General will call Mark Earley, Leon County Supervisor of Elections, to appear and testify before the Court during the evidentiary hearing scheduled for Thursday, November 15 at 1:00 p.m. Mr. Earley will be asked to testify to relevant facts and as an expert based upon his knowledge and experience.

Respectfully submitted,

PAMELA BONDI
Attorney General

_____

/s/ *Edward M. Wenger*
EDWARD M. WENGER
Chief Deputy Solicitor General
Fla. Bar. No. 85568
Edward.Wenger@myfloridalegal.com

*/s/ Blaine H. Winship*
BLAINE H. WINSHIP
Special Counsel
Fla. Bar No. 356213
Blaine.Winship@myfloridalegal.com

Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Tel.: (850) 414-3300
Fax: (850) 413-7555

## RULE 7.1(F) CERTIFICATE OF WORD COUNT

Pursuant to Local Rule 7.1(F), I certify that according to the word count feature of the word-processing system used to prepare this document, the document contains 69 words.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by CM/ECF only to Counsel of Record this 14th day of November, 2018.

*/s/ Edward M. Wenger*
Edward M. Wenger