# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**VOTEVETS ACTION FUND;**
**DEMOCRATIC NATIONAL COMMITTEE;**
**AND DSCC A/K/A DEMOCRATIC**
**SENATORIAL CAMPAIGN COMMITTEE,**

    *Plaintiffs*,

v.                                                 Case No. 4:18cv524-MW/CAS

**KEN DETZNER, in his official**
**capacity as Secretary of State,**

    *Defendant*.

_____/

## SUPPLEMENTAL ORDER TO ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

This Court denied Plaintiffs' motion for temporary restraining order and preliminary injunction on November 16, 2018. ECF No. 56. Since the matter addressed was preliminary, the parties may wish final resolution. Accordingly, the parties are directed to confer and, after conferral, file a notice in this Court indicating how they intend to proceed. The parties shall file this notice on or before November 30, 2018.

Additionally, Defendant Detzner is directed to supply to this Court information from all 67 counties listing the number of non-overseas mail-in ballots that were postmarked before Election Day but received after Election

1

Day and therefore not counted. Defendant Detzner shall provide this information on or before November 30, 2018 and, if applicable, shall update this Court once per week until information from all 67 counties is included.

**SO ORDERED on November 19, 2018.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**