UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| VOTEVETS ACTION FUND, DEMOCRATIC NATIONAL COMMITTEE, and DEMOCRATIC SENATORIAL CAMPAIGN COMMTITEE,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH DETZNER, in his official capacity as the Florida Secretary of State,<br><br>Defendant. | Case No. 4:18-cv-00524-MW/CAS |

## SECRETARY'S NOTICE OF COMPLIANCE WITH SUPPLEMENTAL ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION

In the Supplemental Order Denying Motion for Preliminary Injunction, this Court directed the Secretary "to supply to this Court information from all 67 counties listing the number of non-overseas mail-in ballots that were postmarked before Election Day but received after Election Day and therefore not counted," and to supplement the information "once per week" until complete. DE 57 at 1-2. Consistent with this Court's Order, the Secretary provides the numbers from 63 of Florida's 67 counties. *See* **Attachment 1.**

Respectfully submitted by:

BRADLEY R. MCVAY (FBN 79034)
 *Interim General Counsel*
 brad.mcvay@dos.myflorida.com
ASHLEY E. DAVIS (FBN 48032)
 *Deputy General Counsel*
 ashley.davis@dos.myflorida.com

1

FLORIDA DEPARTMENT OF STATE
R.A. Gray Building Suite, 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 /   (850) 245-6127 (fax)

*/s/ Mohammad O. Jazil*
MOHAMMAD O. JAZIL (FBN 72556)
 mjazil@hgslaw.com
GARY V. PERKO (FBN 855898)
 gperko@hgslaw.com
MALCOLM N. MEANS (FBN 0127586)
 mmeans@hgslaw.com
HOPPING GREEN & SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
(850) 222-7500 / (850) 224-8551 (fax)

Dated:  November 30, 2018      ***Counsel for the Secretary of State***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record through the Court's CM/ECF system on this 30th day of November, 2018.

                                              */s/ Mohammad O. Jazil*
                                              Attorney