## VoteVets Action Fund v. Detzner
## United States District Court Northern District of Florida
## Case No. 4:18cv524-MW/CAS

Last updated 11-30-2018 Noon

| Count | County | Untimely Received Pre-11/6 Postmarked Non-overseas VBMs | Response by |
|---|---|---|---|
| 1 | Alachua | 252 | Email |
| 1 | Baker | 3 | Email |
| 1 | Bay | 209 | Email |
| 1 | Bradford | 4 | Email |
| 1 | Brevard | 250 | Email |
| 1 | Broward | 0 | Email |
| 1 | Calhoun | 10 | Email |
| 1 | Charlotte | 39 | Email |
| 1 | Citrus | 0 | Email |
| 1 | Clay | 80 | Email |
| 1 | Collier | 80 | Email |
| 1 | Columbia | 85 | Email |
|  | DeSoto |  |  |
| 1 | Dixie | 16 | Email |
| 1 | Duval | 123 | Email |
| 1 | Escambia | 205 | Email |
| 1 | Flagler | 143 | Email |
| 1 | Franklin | 5 | Email |
| 1 | Gadsden | 3 | Email |
| 1 | Gilchrist | 22 | Email |
| 1 | Glades | 0 | Email |
| 1 | Gulf | 19 | Email |
| 1 | Hamilton | 1 | Email |
| 1 | Hardee | 0 | Email |
| 1 | Hendry | 4 | Email |
| 1 | Hernando | 24 | Email |
| 1 | Highlands | 20 | Email |
| 1 | Hillsborough | 604 | Email |
| 1 | Holmes | 4 | Email |
| 1 | Indian River | 67 | Email |
| 1 | Jackson | 16 | Email |
| 1 | Jefferson | 4 | Email |
| 1 | Lafayette | 8 | Email |
| 1 | Lake | 265 | Email |
| 1 | Lee | 118 | Email |
|  | Leon |  |  |
| 1 | Levy | 30 | Email |
| 1 | Liberty | 0 | Email |
| 1 | Madison | 4 | Email |
| 1 | Manatee | 41 | Email |
| 1 | Marion | 256 | Email |
| 1 | Martin | 277 | Email |
| 1 | Miami-Dade | 342 | Email |
| 1 | Monroe | 167 | Email |
| 1 | Nassau | 50 | Email |
| 1 | Okaloosa | 128 | Email |
| 1 | Okeechobee | 33 | Email |
| 1 | Orange | 141 | Email |
| 1 | Osceola | 43 | Email |
|  | Palm Beach |  |  |
| 1 | Pasco | 35 | Email |
| 1 | Pinellas | 109 | Email |
| 1 | Polk |  |  |
| 1 | Putnam | 38 | Email |
| 1 | St. Johns | 87 | Email |
| 1 | St. Lucie | 316 | Email |
| 1 | Santa Rosa | 139 | Email |
| 1 | Sarasota | 97 | Email |
| 1 | Seminole | 535 | Email |
| 1 | Sumter | 14 | Email |
| 1 | Suwannee | 44 | Email |
| 1 | Taylor | 2 | Email |
| 1 | Union | 0 | Email |
| 1 | Volusia | 893 | Email |
| 1 | Wakulla | 2 | Email |
| 1 | Walton | 44 | Email |
| 1 | Washington | 14 | Email |
| 63 |  | 6564 |  |

Outstanding data