# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

VOTEVETS ACTION FUND, *et. al.*,

   Plaintiffs,

    v.

MICHAEL ERTEL, in his official capacity as Florida Secretary of State, *et al.*,

   Defendant and Defendant-Intervenors.

Case No. 4:18-cv-524-MW/CAS

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs VoteVets Action Fund, Democratic National Committee, and DSCC (also known as Democratic Senatorial Campaign Committee), by and through undersigned counsel, hereby voluntarily dismiss this action *without prejudice* pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: January 18, 2019

Respectfully submitted,

/s/ *Uzoma Nkwonta*
Marc E. Elias
Email: MElias@perkinscoie.com
Uzoma N. Nkwonta*
Email: UNkwonta@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

RONALD G. MEYER
Florida Bar No. 0148248
Email: rmeyer@meyerbrookslaw.com
JENNIFER S. BLOHM
Florida Bar No. 0106290
Email: jblohm@meyerbrookslaw.com
Meyer, Brooks, Demma and Blohm, P.A.
131 North Gadsden Street
Post Office Box 1547
Tallahassee, FL 32302-1547
(850) 878-5212

*Counsel for Plaintiffs*
*Admitted *Pro Hac Vice*