# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

VOTEVETS ACTION FUND;
DEMOCRATIC NATIONAL COMMITTEE;
and DSCC A/K/A DEMOCRATIC
SENATORIAL CAMPAIGN COMMITTEE,

    *Plaintiffs*,

v.                               Case No. 4:18cv524-MW/CAS

MICHAEL ERTEL, in his official
capacity as Secretary of State,

    *Defendant*.
_____/

## ORDER CLOSING FILE

Plaintiff has filed a Notice of Voluntary Dismissal dismissing without prejudice this action. ECF No. 73. Inasmuch as the defendant has not filed an answer or motion for summary judgment, the Notice of Voluntary Dismissal is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, the Clerk must enter judgment stating, "This case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a)." The Clerk must close the file.

**SO ORDERED on January 22, 2019.**

                                              **s/Mark E. Walker**
                                              **Chief United States District Judge**