**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

VOTEVETS ACTION FUND ET AL

    VS                                CASE NO.  4:18CV524-MW/CAS

MICHAEL ERTEL ET AL

**JUDGMENT**

This case is dismissed without prejudice under Federal Rule of Civil Procedure

41(a).

JESSICA J. LYUBLANOVITS
CLERK OF COURT


<u> January 22, 2019      </u>      <u>s/Betsy Breeden                            </u>
DATE                               Deputy Clerk: Betsy Breeden